RECEIVED JAN 28 2019 TONY R. MOORE CLERK WESTERN DISTRICT OF LOUISIANA SHREVEPORT, LOUISIANA BY

AO 241 (Rev. 01/15)

1:19-cv-0101 SEC P        Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western |
|---|---|
| Name (under which you were convicted): Michael Hill | Docket or Case No.: |
| Place of Confinement: David Wade Correctional Center | Prisoner No.: 104850 |
| Petitioner (include the name under which you were convicted) MICHAEL HILL | v. | Respondent (authorized person having custody of petitioner) STATE OF LOUISIANA |

The Attorney General of the State of: Hon. Jeffery Landry

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    12th Judicial District Court, Marksville, Louisiana

    (b) Criminal docket or case number (if you know): 72,863

2. (a) Date of the judgment of conviction (if you know): February 13, 1992

    (b) Date of sentencing: February 13, 1992

3. Length of sentence: Life

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    Second Degree Murder R.S. 14:30

6. (a) What was your plea? (Check one)
    - ☒ (1) Not guilty
    - ☐ (2) Guilty
    - ☐ (3) Nolo contendere (no contest)
    - ☐ (4) Insanity plea

AO 241 (Rev. 01/15)

Page 3

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ☒ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☒ No

8.  Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9.  If you did appeal, answer the following:

    (a) Name of court: State -v- Hill, 610 So.2d 1080 (3rd Cir. 1992)

    (b) Docket or case number (if you know): Not available

    (c) Result: Conviction and Sentence affirmed

    (d) Date of result (if you know): December 9, 1992

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: Insufficient evidence; Denial of Right to prepare a defense; and coerced confession.

_____

_____

_____

_____

    (g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

        If yes, answer the following:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Result: _____

        (4) Date of result (if you know): _____

AO 241 (Rev. 01/15)

Page 4

      (5) Citation to the case (if you know): _____

      (6) Grounds raised: _____

_____

_____

   (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

      If yes, answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

_____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a)  (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☐ No

      (7) Result: _____

      (8) Date of result (if you know): _____

Case 1:19-cv-00101-DDD-JPM   Document 1   Filed 01/28/19   Page 4 of 15 PageID #: 4

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes   ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:  ☐ Yes    ☐ No

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** **THE PETITIONER AVERS HE WAS DENIED A FAIR AND IMPARTIAL TRIAL WHERE HIS JURY WAS SWAYED BY THE PERJURED TESTIMONY OF AN ALLEGED CO-DEFENDANT.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please see Memorandum of law attached and by reference thereto it is made an active party to this post conviction application.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __Post Conviction Relief__

Name and location of the court where the motion or petition was filed: __12th Judicial District Court, Avoyelles Parish, Marksville, Louisiana.__

Docket or case number (if you know): __72,863__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): _____

__Not available__

(3) Did you receive a hearing on your motion or petition?  ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __3rd Cir. Court of Appeal, State of Louisiana, Lake Charles, Louisiana.__

Docket or case number (if you know): __KH-17-00165__

Date of the court's decision: __3/2/17__

Result (attach a copy of the court's opinion or order, if available): __Writ Denied.__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** PETITIONER AVERS HIS CONVICTION AND SENTENCING IS UN-CONSTITUTIONAL, DIVESTING THE COURT OF JURISDICTION, AS HE WAS TRIED AND CONVICTED ON THE STATE'S FILING OF A BILL OF INFORMATION VIOLATIVE OF ARTICLE 1 § 15 LA. Const. 1974, AS WELL AS, CONST. OF THE U.S.

(a) Supporting facts (Do not argue or cite law. Just State the Specific facts that support your claim.):

Please see Memorandum of law attached.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

The defense did not raise the claim.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **Post Conviction Relief**

Name and location of the court where the motion or petition was filed: **12th Judicial District Court, Marksville, LA.**

Docket or case number (if you know): **72,863**

Date of the court's decision: **Not available**

AO 241 (Rev. 01/15)                                                                                                          Page 9

Result (attach a copy of the court's opinion or order, if available):

**Relef denied - Judgment Not available**

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   **3rd Circuit Court of Appeal Lake Charles, Louisiana.**

Docket or case number (if you know):

Date of the court's decision:   **3/2/17**

Result (attach a copy of the court's opinion or order, if available):

**Not available**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

GROUND THREE:   **INEFFECTIVE ASSISTANCE OF COUNSEL, VIOLATIVE OF THE 6TH AMEND TO THE U.S. CONSTITUTION, AS WELL AS, ARTICLE 1 SECTION 13 LA. CONST. 1974.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**Please see Memorandum of Law attached**

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why:

Yes

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

Defense counsel did not raise the claim.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Relief

Name and location of the court where the motion or petition was filed: 12th Judicial District Court, Marksville, LA.

Docket or case number (if you know): 72,863

Date of the court's decision: Not available

Result (attach a copy of the court's opinion or order, if available): Not available

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 01/15)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____
_____

## GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____

(c) **Direct Appeal of Ground Four:**

 (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

 (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

 (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes     ☐ No

 (2) If your answer to Question (d)(1) is "Yes," state:

 Type of motion or petition: _____

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

Post Conviction, Supervisory writs Court of appeal Second Circuit, State of Louisiana. Supervisory Writ La. Sup. Court.

AO 241 (Rev. 01/15)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _None_

(b) At arraignment and plea: _Wm. Bennett/ Norris Greenhouse, Marksville Louisiana._

(c) At trial: _Same as 16 a_

(d) At sentencing: _Same as 16 a_

(e) On appeal: _Same as 16 a_

(f) In any post-conviction proceeding: _None_

(g) On appeal from any ruling against you in a post-conviction proceeding: _None_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Newly discovered evidence, Brady Material and actual Innocence to being guilty of second degree murder._

_In an extraordinary case, McQuiggin -v- Perkins, decision 569 U.S. 383 (2013) holds that a showing of actual innocence may overcome the time-bar, and have his claims con-_

sidered on the merits. See also Bell -v- House, 547 U.S. 518, (2006).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

or any other relief to which petitioner may be entitled.

_____*Michael Hill* 104850_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __1__/__23__/ 2019 (month, date, year).

Executed (signed) on __1__/__23__/ 2019 (date).

_____*Michael Hill* 104850_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____

AO 241 (Rev. 01/15)

Page 16