RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL HILL<br>Petitioner | CIVIL ACTION NO. 1:19-CV-101-P |
| VERSUS | JUDGE DEE D. DRELL |
| STATE OF LOUISIANA,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 6), and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is hereby DENIED and DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d)(1)(A).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 14th day of MAY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE